UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARTIN GONZALEZ SANCHEZ, LEDIZ MARIN, HECTOR GONZALEZ SANCHEZ, LEONCIO NOE, and DAMASO CESAR GONZALEZ ROMANO (A.K.A CESAR GONZALEZ), *individually and on behalf of others similarly situated,*

Plaintiffs,

-against-

Y AND P ENTERPRISES INC (D/B/A CORNER CAFE & BAKERY), PAUL DIMINO, YURA MOHR, LUCAS SANTOS, and SUSIE RHIM,

Defendants.

COLLECTIVE ACTION UNDER
29 u.s.c. § 216(b)

Case No.: 21-cv-00675

**STIPULATION ON ANSWER TO
FIRST AMENDED COMPLAINT**

---

**IT IS HEREBY** stipulated and agreed by and between the undersigned, counsel for the plaintiffs MARTIN GONZALEZ SANCHEZ, LEDIZ MARIN, HECTOR GONZALEZ ANCHEZ, LEONCIO NOE, and DAMASO CESAR GONZALEZ ROMANO (A.K.A CESAR GONZALEZ), and counsel for defendants Y AND P ENTERPRISES INC (D/B/A CORNER CAFE & BAKERY), PAUL DIMINO, YURA MOHR, and SUSIE RHIM, (collectively, "Defendants") that the time for Defendants to appear, answer or otherwise respond or move with respect to the Complaint in this action is extended up to and including March 24, 2021.

1043809.1

| | |
|---|---|
| **WEISBROT LAW** | **MICHAEL FAILLACE & ASSOCIATES P.C.** |
| By: _/s/ Nathaniel A. Weisbrot_<br>Nathaniel A. Weisbrot, Esq.<br>*Attorneys for Defendants*<br>1099 Allessandrini Avenue<br>New Milford, New Jersey 07646<br>P: 201.788.6146 | By: _/s/ Clela Errington_<br>Clela A. Errington, Esq.<br>*Attorneys for Plaintiffs*<br>Michael Faillace & Associates P.C.<br>60 East 42nd Street Suite 4510<br>New York, NY 10165 |
| Dated: February 23, 2021 | Dated: February 23, 2021 |