UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

MARTIN GONZALEZ SANCHEZ, LEDIZ MARIN, HECTORE GONZALEZ SANCHEZ, LEONCIO NOE, and DAMASO CESAR GONZALEZ ROMANO (A.K.A. CESAR GONZALEZ), *individually and on behalf of others similarly situated*,

                        *Plaintiffs*,

-against-

Y AND P ENTERPRISES INC (D/B/A CORNER CAFE & BAKERY), PAUL DIMINO, YURA MOHR, LUCAS SANTOS, and SUSIE RHIM,

                        *Defendants*.
----------------------------------------------------------X

21-CV-00675

**NOTICE OF PLAINTIFFS' ACCEPTANCE OF DEFENDANTS' OFFERS OF JUDGMENT PURSUANT TO F.R.C.P. RULE 68**

       Plaintiffs MARTIN GONZALEZ SANCHEZ, LEDIZ MARIN, HECTORE GONZALEZ SANCHEZ, LEONCIO NOE, and DAMASO CESAR GONZALEZ ROMANO (A.K.A. CESAR GONZALEZ, through their undersigned counsel, hereby notify the Court that on or about September 9, 2021, said Plaintiffs accepted Defendant Y and P Enterprises Inc.'s Offer of Judgment, pursuant to Rule 68 of the Federal Rules of Civil Procedure. Annexed hereto are copies of, respectively, (a) said Offer of Judgment; (b) Plaintiffs' said acceptance of said Offer of Judgment; (c) Proof of Service of said Acceptance.

Dated: September 13, 2021.

                                                   Michael Faillace, Esq.
                                                   Michael Faillace & Associates PC
                                                   60 East 42nd Street, Ste. 4510
                                                   New York, New York 10165
                                                   Tel: (212) 317-1200
                                                   Email: cerrington@faillacelaw.com
                                                   *Counsel for Plaintiffs*