UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MARTIN GONZALEZ SANCHEZ, LEDIZ MARIN, HECTORE GONZALEZ SANCHEZ, LEONCIO NOE, and DAMASO CESAR GONZALEZ ROMANO (A.K.A. CESAR GONZALEZ), *individually and on behalf of others similarly situated,*

21-CV-00675

*Plaintiffs,*

-against-

Y AND P ENTERPRISES INC (D/B/A CORNER CAFE & BAKERY), PAUL DIMINO, YURA MOHR, LUCAS SANTOS, and SUSIE RHIM,

*Defendants.*

-------------------------------------------------------X

# AFFIRMATION OF SERVICE OF PLAINTIFF'S ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT

CLELA ERRINGTON, an attorney licensed to practice in this state and before this Court, affirms as follows:

On September 9, 2021, I served the Notice of Plaintiffs' Acceptance of Defendant Y and P Enterprises Inc. (d/b/a Corner Café & Bakery) Offer of Judgment Pursuant to F.R.C.P. Rule 68 in the amount of One Hundred Thousand Dollars and Zero Cents ($100,000.00) upon said Defendant, by sending a copy of said acceptance via electronic mail to said Defendants' counsel of record at iweiser@egsllp.com.

Dated: September 13, 2021

/s/ Clela Errington
CLELA ERRINGTON, ESQ.
Michael Faillace & Associates, PC

*Counsel for Plaintiffs*