**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

MARTIN GONZALEZ SANCHEZ, LEDIZ MARIN, HECTORE GONZALEZ SANCHEZ, LEONCIO NOE, and DAMASO CESAR GONZALEZ ROMANO (A.K.A. CESAR GONZALEZ), *individually and on behalf of others similarly situated,*

                    *Plaintiffs*,

-against-

Y AND P ENTERPRISES INC (D/B/A CORNER CAFE & BAKERY), PAUL DIMINO, YURA MOHR, LUCAS SANTOS, and SUSIE RHIM,

                    *Defendants.*
-------------------------------------------------------X

21-CV-00675

**(PROPOSED JUDGMENT)**

WHEREAS on or about September 21, 2021, Defendant Y AND P ENTERPRISES INC. (D/B/A CORNER CAFE & BAKERY) extended to Plaintiffs an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of on hundred thousand dollars and zero cents ($100,000.00);

JUDGMENT shall be entered in favor of said Plaintiffs against said Defendant Y AND P ENTERPRISES INC. (D/B/A CORNER CAFE & BAKERY) in the amount of one hundred thousand dollars and zero cents ($100,000).

Dated: September _____, 2021
New York, New York

SO ORDERED:

_____
ANALISA TORRES, U.S.D.J.