UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/21/2022____
```

MARTIN GONZALEZ SANCHEZ, LEDIZ
MARIN, HECTOR GONZALEZ SANCHEZ,
LEONCIO NOE, and DAMASO CESAR
GONZALEZ ROMANO (A.K.A CESAR
GONZALEZ), individually and on behalf of
others similarly situated,

                              Plaintiffs,

               -against-                                    21 Civ. 675 (AT)

Y AND P ENTERPRISES INC (D/B/A                             **ORDER**
CORNER CAFE & BAKERY), PAUL
DIMINO, YURA MOHR, LUCAS SANTOS,
and SUSIE RHIM,

                              Defendants.

ANALISA TORRES, District Judge:

    On May 12, 2021, the Court was advised that the parties had reached a settlement.  *See* ECF No. 31.  The Court ordered the parties to file certain documents so the Court could approve the settlement as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).  The parties instead filed a proposed judgment pursuant to Federal Rule of Civil Procedure 68.  ECF No. 41.  This judgment only resolved the claims against Y and P Enterprises Inc., D/B/A Corner Cafe & Bakery.  *See id.*  Accordingly, by **April 1, 2022**, the parties shall file a joint letter informing the Court on the status of settlement negotiations between Plaintiffs and the remaining Defendants.

    SO ORDERED.

Dated:  March 21, 2022
        New York, New York

                                          _____
                                          ANALISA TORRES
                                          United States District Judge