```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN GONZALEZ SANCHEZ, LEDIZ MARIN, HECTOR GONZALEZ SANCHEZ, LEONCIO NOE, and DAMASO CESAR GONZALEZ ROMANO (A.K.A CESAR GONZALEZ), individually and on behalf of others similarly situated,

                    Plaintiffs,

-against-

Y AND P ENTERPRISES INC (D/B/A CORNER CAFE & BAKERY), PAUL DIMINO, YURA MOHR, LUCAS SANTOS, and SUSIE RHIM,

                    Defendants.

21 Civ. 675 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court's has reviewed Plaintiffs' letter dated March 30, 2022. ECF No. 43. By **April 8, 2022**, Plaintiffs shall inform the Court if the parties have reached a settlement with the remaining Defendants, which will require approval by the Court, *see Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), or if Plaintiffs plan to dismiss the remaining Defendants from this action, without prejudice, not having reached a settlement with the remaining Defendants. The Court cannot close the case without such action by Plaintiffs.

       SO ORDERED.

Dated: April 1, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge