# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
_____

April 8, 2022

BY ECF
Hon. Analisa Torres
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

　　　　Re:　　Gonzalez Sanchez et al v. Y and P Enterprises Inc. et al; 21-cv-00675

Your Honor:

　　　This office represents the Plaintiffs in the above-referenced matter. I write in response to the Court's order of April 1, 2022. The Plaintiffs have not settled with Defendants Paul Dimino, Yura Mohr, Lucas Santos, or Susie Rhim, and intend to dismiss them from the case without prejudice.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Clela Errington
　　　　　　　　　　　　　　　　　　　Clela A. Errington, Esq.
　　　　　　　　　　　　　　　　　　　CSM Legal, P.C.
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

Cc:　　all counsel via ECF