UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN GONZALEZ SANCHEZ, LEDIZ MARIN, HECTOR GONZALEZ SANCHEZ, LEONCIO NOE, and DAMASO CESAR GONZALEZ ROMANO (A.K.A CESAR GONZALEZ), individually and on behalf of others similarly situated,

        Plaintiffs,

-against-

Y AND P ENTERPRISES INC (D/B/A CORNER CAFE & BAKERY), PAUL DIMINO, YURA MOHR, LUCAS SANTOS, and SUSIE RHIM,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2022

21 Civ. 675 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On April 8, 2022, Plaintiffs informed the Court that they intend to dismiss the case without prejudice as to Defendants Paul Dimino, Yura Mohr, Lucas Santos, and Susie Rhim. ECF No. 49. Plaintiffs have failed to do so. Accordingly, by **May 17, 2022**, Plaintiffs shall file a stipulation of dismissal without prejudice as to Defendants Paul Dimino, Yura Mohr, Lucas Santos, and Susie Rhim.

    SO ORDERED.

Dated: May 10, 2022
       New York, New York

                              ANALISA TORRES
                              United States District Judge